JUDGE LYNCH

08 CV 03505

PROSKAUER ROSE LLP
Russell L. Hirschhorn
Kevin J. Pflug
1585 Broadway
New York, New York 10036-8299
P: 212.969.3286
F: 212.969.2900
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
APR 10 2008
U.S.D.C. S.D N.Y.
CASHIERS

BOARD OF TRUSTEES OF THE UFCW
LOCAL 174 PENSION FUND,

          Plaintiff,

          v.

MOTT HAVEN PACKING, CO., INC.,

          Defendant.

:
:
:
:
:
:
:

**COMPLAINT**

Civil Case No.:

      Plaintiff, Board of Trustees of the UFCW Local 174 Pension Fund (the "Trustees"), by and through its attorneys, Proskauer Rose LLP, states by way of complaint against Defendant, Mott Haven Packing, Co., Inc. ("Mott Haven Packing"), as follows:

      1.     This is an action seeking relief pursuant to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et seq.*, including but not limited to Sections 4201 through 4301, 29 U.S.C. §§ 1381 through 1451.

**THE PARTIES**

      2.     The Trustees of the UFCW Local 174 Pension Fund (the "Fund") established the UFCW Local 174 Pension Plan (the "Plan"), which at all relevant times was a multiemployer defined benefit pension plan, as defined by ERISA § 3(37)(A), 29 U.S.C. § 1002(37)(A). The Fund maintains offices at 540 West 48th Street, New York, New York 10036-1130 and 900

South Avenue, 2nd Floor, Suite 64, Staten Island, New York, 10314.

      3.     At all relevant times Mott Haven Packing was a New York corporation with

offices at 223 East 138th Street, Bronx, New York 10451, and engaged in the wholesale meat

packing business.

## JURISDICTION & VENUE

      4.     This Court has jurisdiction to hear this action pursuant to ERISA § 4301(c), 29

U.S.C. § 1451(c).

      5.     Venue is proper in this district pursuant to ERISA § 4301(d), 29 U.S.C.

§ 1451(d).

## FACTUAL ALLEGATIONS

      6.     Pursuant to a collective bargaining agreement between Mott Haven Packing and

UFCW Local 174, the labor organization that for collective bargaining purposes represented the

employees of Mott Haven Packing, Mott Haven Packing had a duty to contribute to the Fund in

accordance with the terms of the collective bargaining agreement and the Amended and Restated

Agreement and Declaration of Trust (the "Trust Agreement") governing the Fund.

      7.     Mott Haven Packing made contributions to the Fund until December 2005, at

which time it completely withdrew from the Fund.  This withdrawal triggered the imposition of

withdrawal liability on Mott Haven Packing pursuant to ERISA § 4203, 29 U.S.C. § 1383.

      8.     By letter dated October 27, 2006 (the "Demand Letter"), the Fund notified Mott

Haven Packing that it had effected a complete withdrawal from the Fund and, therefore, was

subject to the payment of withdrawal liability pursuant to ERISA §§ 4202 and 4219(b)(1), 29

U.S.C. §§ 1382 and 1399(b)(1), and the terms of the Plan and the Trust Agreement.  A true and

correct copy of the Demand Letter and the Certified Mail Return Receipt is attached hereto and

incorporated herein as Exhibit A.

9.    As explained in the Demand Letter, the payment schedule provided for a single payment of $522,734.00, or 80 equal quarterly payments of $6,112.00. In accordance with ERISA § 4219, 29 U.S.C. § 1399(c)(2), the payments were to commence no later than 60 days after the date of the Demand Letter, *i.e.*, no later than December 27, 2006.

10.    Mott Haven Packing failed and/or refused to remit payments to the Fund in accordance with the terms of the Demand Letter, ERISA § 4219, 29 U.S.C. § 1399, and the terms of the Plan and Trust Agreement.

11.    Mott Haven Packing's failure to make the payments set forth in the Demand Letter violates the terms of the Plan, the Trust Agreement and the relevant provisions of ERISA, including ERISA §§ 4219, 4221, and 4301, 29 U.S.C. §§ 1399, 1401 and 1451.

12.    By letter dated March 27, 2007 (the "Default Letter"), the Fund notified Mott Haven Packing that the Fund had not received the payments described in the Demand Letter. A true and correct copy of the Default Letter and the Certified Mail Return Receipt is attached hereto and incorporated herein as Exhibit B.

13.    Notwithstanding the Default Letter, the Demand Letter, the terms of the Plan, the Trust Agreement and ERISA, Mott Haven Packing has continued to fail and/or refused to make payments to the Fund.

14.    Mott Haven Packing is in default as a result of not having paid its withdrawal liability to the Fund within 60 days of the date that it received the Default Letter. Pursuant to ERISA § 4219(c)(5), 29 U.S.C. § 1399(c)(5),  Mott Haven Packing is required to immediately pay the total outstanding amount of its withdrawal liability, plus accrued interest on the total outstanding liability from December 27, 2006, the due date of the first payment that was not

3

timely made.

15.    By letter dated August 8, 2007, the Fund advised counsel for Mott Haven Packing that it was in default of its withdrawal liability and demanded immediate payment of $522,734.00, plus accrued interest of $23,831.39.  A true and correct copy of the Fund's August 8, 2007 letter and Certified Mail Return Receipt is attached hereto and incorporated herein as Exhibit C.

16.    By the acts and omissions set forth above, Mott Haven Packing violated ERISA and the terms of the Plan and Trust Agreement.  As a result of Mott Haven Packing's acts and omissions, the Fund has been damaged and has been deprived of money due and owing to the Fund.

**WHEREFORE**, the Trustees demand that judgment be entered in its favor and against Mott Haven Packing and that it be awarded $546,565.39, plus accrued interest from August 8, 2007, attorneys' fees, costs of suit, and such other legal and equitable relief as the Court may deem just and appropriate.

Dated:  April 10, 2008
        New York, NY

                        Respectfully submitted,

                        PROSKAUER ROSE LLP


                        By:_____
                            Russell L. Hirschhorn
                            Kevin J. Pflug
                        1585 Broadway
                        New York, New York 10036-8299
                        P: 212.969.3286
                        F: 212.969.2900
                        *Attorneys for Plaintiff*

# EXHIBIT

# A



*UFCW Local 174*
*Affiliated Trust Funds*

540 WEST 48TH STREET • NEW YORK, NEW YORK 10036-1130 • 212 307-7007

October 27, 2006

**By Certified Mail/ Return Receipt Requested**

Mr. Richard Matzelle, President
Mott Haven Packing Company
223 East 138th Street
Bronx, NY 10451

Re:    Notice and Demand for Payment of Withdrawal Liability
       UFCW Local 174 Pension Fund

Dear Mr. Matzelle:

According to our records, Mott Haven Packing Company (the "Company") ceased to have an obligation to contribute to the UFCW Local 174 Pension Fund (the "Fund") as of December 13, 2005. As a result, the Company has effected a complete withdrawal from the Fund, within the meaning of Section 4203(a) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). Consequently, the Company is subject to the payment of withdrawal liability to the Fund and, in accordance with the requirements of Section 4202 of ERISA, the Board of Trustees of the Fund hereby makes demand for payment of withdrawal liability, as described below.

In accordance with the Fund's method of computing withdrawal liability, we have computed the Company's withdrawal liability to the Fund to be $522,734. Under Sections 4219(c)(1)(C) and (c)(3) of ERISA, the Company is required to pay the full value of its withdrawal liability in 80 quarterly installment payments, each in the amount of $6,112. Please find enclosed a payment schedule setting forth the Company's required withdrawal liability payments. Please note that interest on each such payment shall accrue until the date on which payment is actually made. Pursuant to Section 4219(c)(4) of ERISA, the Company may elect to prepay the outstanding amount, plus accrued interest, in whole or in part, without penalty.

In accordance with Section 4219(c)(2) of ERISA, payment of withdrawal liability to the Fund is required to commence no later than 60 days after the date of this Notice, "notwithstanding any request for review or appeal of determinations of the amount of such liability." Thus, the Company's initial quarterly withdrawal liability payment is due on or before December 27, 2006. Payment of withdrawal liability should be made directly to the order of "UFCW Local 174 Pension Fund" and forwarded to the undersigned at the address above.

Please note that the liability and payment schedule set forth above and in the enclosure is an estimate that is subject to adjustment due to a change in withdrawal liability resulting from, for



Page 2

example, any actuarial change in the amount of unfunded vested benefits. If such an adjustment becomes necessary, the Fund will submit an amended withdrawal liability statement to the Company.

Failure to commence payment of withdrawal liability or to make timely subsequent payments, as required under ERISA, will constitute "default" within the meaning of Section 4219(c)(5) of ERISA, and will entitle the Fund to require immediate payment of the full amount of withdrawal liability owed to the Fund by the Company, plus accrued interest. The Fund will assess such default penalties on the entire amount of the Company's withdrawal liability, as well as any court costs and attorneys' fees incurred in collecting such delinquency.

Under Section 4219(b)(2)(A) of ERISA, the Company has the right, within 90 days after the receipt of this Notice, to:

(1)    Request the Trustees to review any specific matter relating to the determination of the Company's withdrawal liability and the schedule of payments described herein;

(2)    Identify any inaccuracy in the determination of the amount of unfunded vested benefits allocable to the Company; and

(3)    Furnish any additional relevant information to the Trustees.

Pursuant to Section 4221 of ERISA, any dispute arising out of the Fund's determination and review must be resolved through arbitration. Either party may initiate the arbitration proceeding herein within a 60 day period after the earlier of:

(a)    the date of the Fund's notification to the Company under Section 4219(b)(2)(B) of ERISA, or

(b)    120 days after the date of the Company's request under Section 4219(b)(2)(A) of ERISA.

*Under Section 4219(c)(2) of ERISA, the Company must commence payments demanded herein in accordance with the terms and schedule set forth above, notwithstanding any request for review or appeal of determinations.*

Pursuant to Section 4219(a) of ERISA, it is hereby requested that the Company advise the undersigned, within 30 days of the date of this Notice, whether the Company is or was a member of a trade or business "under common control" within the meaning of Sections 414 and 1563 of the Internal Revenue Code of 1986, as amended (i.e., a "controlled group"). If the Company is or was a member of a controlled group, it is hereby requested that the Company furnish the undersigned with the corporate (or business) names and addresses of each organization within the controlled group. Please also note whether any of these organizations contributed to the Fund at any time.

Page 3

If you have any questions, please contact the undersigned.

Sincerely,

Board of Trustees of the
UFCW Local 174 Pension Fund

By: _Brandi Lauletti_____
    Brandi Lauletti
    Fund Administrator


Enclosures

cc: Amy Covert, Esq.

## UFCW LOCAL 174 PENSION FUND
## WITHDRAWAL LIABILITY

| EMPLOYER:<br>Withdraw During Plan Year Beginning July 1: | Mott Haven Packing Co.<br>2005 |
|---|---|
| 1. Plan's unfunded value of vested benefits as of June 30, 2005 | $   87,019,383 |
| 2. Total of all employer contributions to the Plan for Plan Years 2000 - 2004 (exclusive of contributions of employers who withdrew prior to the Plan Year beginning July 1, 2005) | $   13,719,093 |
| 3. Unfunded value of vested benefits as of June 30, 2005 per dollar of employer contributions during Plan Years 2000 - 2004 = (1) / (2) | 6.34294 |
| 4. Mott Haven Packing Co. contributions for Plan Years 2000 - 2004 | $   82,412 |
| 5. Mott Haven Packing Co. allocable share of the unfunded value of vested benefits as of June 30, 2005 = (3) x (4) | $   522,734 |
| 6. De minimis threshold: smaller of 3/4% of (1) (.0075 x $87,019,383 = $652,645) and $50,000 | $   50,000 |
| 7. Employer withdrawal liability amount after de minimis adjustment: | |
| (a)  if (5) is less than (6) | N/A<br>$0 |
| (b)  if (5) is equal to or more than (6), but less than $100,000 | N/A<br>Amount in (5) less amount in (6) |
| (c)  if (5) is between $100,000 and the sum of $100,000 and the amount in (6) | N/A<br>Double amount in (5) less the sum of (6) and $100,000 |
| (d)  if (5) is more than the sum of $100,000 and the amount in (6) | $   522,734<br>Amount in (5) |

## UFCW LOCAL 174 PENSION FUND
## WITHDRAWAL LIABILITY

**EMPLOYER**                                            Mott Haven Packing Co.

**Payment Schedule**

1.  **High Contribution rate (Per Member Per Month Basis**                $          200.00
    ERISA Section 4219(c)(1)(C)(i)(11)

2.  **Highest average consecutive three year Contribution Base Units**
    ERISA Section 4219(c)(1)(C)(i)(I)

    | Plan Year Beginning July 1 | Months of Contributions | Average for prior 3 Years |
    |---|---|---|
    | 1995 | 63 | |
    | 1996 | 100 | |
    | 1997 | 109 | 91 |
    | 1998 | - | 70 |
    | 1999 | 106 | 72 |
    | 2000 | 116 | 74 |
    | 2001 | 120 | 114 |
    | 2002 | 121 | 119 |
    | 2003 | 108 | 116 |
    | 2004 | 101 | 110 |

    Highest 3 years Average          119.00

3.  **Amount of each annual payment: = (1) x (2)**                $        23,800.00

4.  **Payment Schedule:**

    | | Year Beginning | Balance at Beginning of Year | Payment Due* | Remaining Balance | 7.50% Interest | Balance at End of Year | |
    |---|---|---|---|---|---|---|---|
    | 1 | 11/1/2006 | $522,734 | $23,800 | $498,934 | $37,420 | $536,354 | 1 |
    | 2 | 11/1/2007 | $536,354 | $23,800 | $512,554 | $38,442 | $550,996 | 2 |
    | 3 | 11/1/2008 | $550,996 | $23,800 | $527,196 | $39,540 | $566,736 | 3 |
    | 4 | 11/1/2009 | $566,736 | $23,800 | $542,936 | $40,720 | $583,656 | 4 |
    | 5 | 11/1/2010 | $583,656 | $23,800 | $559,856 | $41,989 | $601,845 | 5 |
    | 6 | 11/1/2011 | $601,845 | $23,800 | $578,045 | $43,353 | $621,398 | 6 |
    | 7 | 11/1/2012 | $621,398 | $23,800 | $597,598 | $44,820 | $642,418 | 7 |
    | 8 | 11/1/2013 | $642,418 | $23,800 | $618,618 | $46,396 | $665,014 | 8 |
    | 9 | 11/1/2014 | $665,014 | $23,800 | $641,214 | $48,091 | $689,305 | 9 |
    | 10 | 11/1/2015 | $689,305 | $23,800 | $665,505 | $49,913 | $715,418 | 10 |
    | 11 | 11/1/2016 | $715,418 | $23,800 | $691,618 | $51,871 | $743,489 | 11 |
    | 12 | 11/1/2017 | $743,489 | $23,800 | $719,689 | $53,977 | $773,666 | 12 |
    | 13 | 11/1/2018 | $773,666 | $23,800 | $749,866 | $56,240 | $806,106 | 13 |
    | 14 | 11/1/2019 | $806,106 | $23,800 | $782,306 | $58,673 | $840,979 | 14 |
    | 15 | 11/1/2020 | $840,979 | $23,800 | $817,179 | $61,288 | $878,467 | 15 |
    | 16 | 11/1/2021 | $878,467 | $23,800 | $854,667 | $64,100 | $918,767 | 16 |
    | 17 | 11/1/2022 | $918,767 | $23,800 | $894,967 | $67,123 | $962,090 | 17 |
    | 18 | 11/1/2023 | $962,090 | $23,800 | $938,290 | $70,372 | $1,008,662 | 18 |
    | 19 | 11/1/2024 | $1,008,662 | $23,800 | $984,862 | $73,865 | $1,058,727 | 19 |
    | 20 | 11/1/2025 | $1,058,727 | $23,800 | $1,034,927 | $77,620 | $1,112,547 | 20 |

    * To be paid in quarterly installments

5.  **Quarterly Payments**
    Quarterly Payments          **$6,112**          for 80 Quarters

# UFCW LOCAL 174 PENSION FUND

## ESTIMATED WITHDRAWAL LIABILITY AS JUNE 30, 2005

### MOTT HAVEN PACKING COMPANY

|  | Withdrawal Liability | Redetermination Liability | Reallocation Liability (Mass Withdrawal) |
|---|---|---|---|
| 1. Plan's unfunded value of vested benefits as of June 30, 2005 | $ 87,019,383 | $ 87,019,383 | $ 135,006,798 |
| 2. Mott Haven Packing Company contributions for Plan Years 2000 - 2004 | $ 82,412 | $ 82,412 | $ 82,412 |
| 3. Total of all employer contributions to the Plan for Plan Years 2000 - 2004 (exclusive of contributions of employers who withdrew prior to the Plan Year beginning July 1, 2005) | $ 13,719,093 | $ 13,719,093 | $ 13,719,093 |
| 4. Mott Haven Packing Company contributions as a percentage of all employer contributions = (2) / (3) | 0.6007% | 0.6007% | 0.6007% |
| 5. Mott Haven Packing Company allocable share of the unfunded value of vested benefits as of June 30, 2005 = (!) x (4) | $ 522,734 | $ 522,734 | $ 811,000 |
| 6. De minimis adjustment to withdrawal liability | $ - | N/A | N/A |
| 7. Employer withdrawal liability amount after de minimis adjustment = (5) - (6), not less than zero | $ 522,734 | $ 522,734 | $ 811,000 |
| 8. Highest contribution rate (per member per month) for Mott Haven Packing Company | $ 200.00 | $ 200.00 | $ 200.00 |
| 9. Highest average consecutive three-year Contribution Base Units for Mott Haven Packing Company | 119.00 | 119.00 | 119.00 |
| 10. Amount of annual withdrawal payment = (8) x (9) | $ 23,800 | $ 23,800 | $ 23,800 |
| 11. Amount of withdrawal payment if paid quarterly | $ 6,112 | $ 6,112 | $ 6,112 |
| 12. Approximate Years Payable | 20.00 | Infinite | Infinite |

This Illustration provides an estimate of your withdrawal liability and payment schedule had you withdrawn from the fund during the Plan Year ended June 30, 2006. Actual amounts may be higher or lower than those shown above.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Mr. Richard Matzelle, President

Street, Apt. No.; or PO Box No. Mott Haven Packing company
223 East 138th Street

City, State, ZIP+4 Bronx, NY 10451

PS Form 3800, January 2001          See Reverse for Instructions

USPS - Track & Confirm                          http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7001 0360 0000 6818 6323
Status:

Your item was delivered at 10:49 am on October 30, 2006 in BRONX, NY
10451. A proof of delivery record may be available through your local Post
Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )



POSTAL INSPECTORS    site map  contact us  government services  jobs  **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

6/6/2007 9:30 AM

# EXHIBIT

# B

 

540 WEST 48TH STREET • NEW YORK, NEW YORK 10036-1130 • 212 307-7007

March 27, 2007

**By Certified Mail/ Return Receipt Requested**

Mr. Richard Matzelle, President
Mott Haven Packing Company
78-34 79th Place
Glendale, NY 11385

Re:    Notice of Failure to Make Payments on Withdrawal Liability
       UFCW Local 174 Pension Fund

Dear Mr. Matzelle:

By letter dated October 27, 2006, UFCW Local 174 Pension Fund (the "Fund") notified Mott Haven Packing Company (the "Company") of its obligation to pay withdrawal liability in accordance with Section 4219(c) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") (the "Demand Letter"). Specifically, the Demand Letter stated that the Company's payment of withdrawal liability to the Fund is required to commence no later than 60 days after the date of such letter, notwithstanding any request for review or appeal of the determinations of the amount of the withdrawal liability or the schedule of payments. The Demand Letter assessed withdrawal liability on the Company in the amount of $522,734, payable in 80 equal quarterly installment of $6,112. The initial payment was due on or before December 27, 2006.

According to our records, the Company has not made any payment to the Fund as required under the Fund's Demand Letter. Please be advised that if the Company's failure is not cured within 60 days of receipt of this notice, the Company will be deemed in default of its withdrawal liability as provided by Section 4219(c)(5) of ERISA. The Fund will then be entitled to require immediate payment of the outstanding amount of the Company's withdrawal liability, plus accrued interest. The Fund may assess such default penalties on the entire amount of the Company's withdrawal liability, as well as any court costs and attorneys' fees incurred in collecting such delinquency.

Payment should be made to the order of "UFCW Local 174 Pension Fund" and forwarded to the undersigned at the above address.

---



If you have any questions, please contact the undersigned.

Sincerely,

Board of Trustees of the
UFCW Local 174 Pension Fund

By: *Brandi Lauletti*
    Brandi Lauletti
    Fund Administrator


cc:    Amy Covert, Esq.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mott Haven Packing Co.
78-34 79th Place
Glendale, NY 11385
ATTN: Richard Matzelle

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service)

7001 0360 0003 8896 7077

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

USPS - Track & Confirm                    http://trkcntrm1.sm1.usps.com/PTSInternetWeb/InterLabelInquiry.do

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 0360 0003 8896 7077**
Status:

Your item was delivered at 12:03 pm on March 31, 2007 in
RIDGEWOOD, NY 11385. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

 ( Restore Offline Details > )  (?)  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )



**POSTAL INSPECTORS**      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

8/3/2007 1:44 PM

# EXHIBIT

# C





540 WEST 48TH STREET • NEW YORK, NEW YORK 10036-1130 • 212-307-7007

August 8, 2007

**By Certified Mail/ Return Receipt Requested**

Mr. Robert Carlsen, Esq.
Robert C. Carlsen, P.C.
73-35 Myrtle Avenue
Glendale, N.Y. 11385

Re:    **Mott Haven Packing Company Failure to Make Payments
on Withdrawal Liability from UFCW Local 174 Pension Fund**

Dear Mr. Carlsen:

This letter responds to your letter dated May 25, 2007. As explained in the letter to you dated May 17, 2007, UFCW Local 342 (the "Union") and the UFCW Local 174 Pension Fund (the "Fund") are separate legal entities. Any release between the Union and Mott Haven Packing Company (the "Company") in no way affects any obligation between the Company and the Fund. While we will await your forthcoming documentation, you should be aware that Section 4219 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") imposes explicit time frames for the payment of an employer's withdrawal liability, which must be complied with notwithstanding any request for review.

By letter dated October 27, 2006, the Fund notified the Company of its obligation to pay withdrawal liability. At that time, the Company was provided with a demand for payment and a payment schedule. In accordance with Section 4219(c)(2) of ERISA, payment of withdrawal liability to the Fund was required to commence no later than December 26, 2006. By letter dated March 27, 2007, the Fund notified the Company of its failure to make payment and demanded that the Company cure the failure by making payment in accordance with the withdrawal liability payment schedule. The Fund's May 17, 2007 letter reminded you of the May 26, 2007 deadline for curing the Company's failure.

According to our records, the Company has not yet made payment as required. As a result, and in accordance with Section 4219(c)(5) of ERISA, the Company is now in default of its withdrawal liability. The Board of Trustees hereby requires immediate payment of the outstanding amount of the Company's withdrawal liability, $522,734.00, plus accrued interest of $23,831.39 as shown in the enclosed schedule. To avoid legal action, the Company must send a lump sum single payment of $546,565.39 payable to the order of "UFCW Local 174 Pension Fund" and forwarded to the undersigned at the address above.

• UFCW LOCAL 174 PENSION FUND· UFCW LOCAL 174 RETAIL PENSION FUND. UFCW LOCAL 174 COMMERCIAL PENSION FUND •
• UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND· FUR WORKERS LOCAl3F PENSION FUND. FUR SERVICE EMPLOYEES PENSION FUND •
·UNITED MECHANICS 150 PENSION FUND.

If you have any questions, please contact the undersigned.

Sincerely,

Board of Trustees of the
UFCW Local 174 Pension Fund

By: _____
Donald Proniewych
Fund Administrator


cc:    Mr. Richard Matzelle, President
Mott Haven Packing Company
78-34 79th Place
Glendale, NY 11385


Amy Covert, Esq.


Enclosure

· UFCW LOCAL 174 PENSION FUND· UFCW LOCAL 174 RETAIL PENSION FUND. UFCW LOCAL 174 COMMERCIAL PENSION FUND ·
· UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND· FUR WORKERS LOCAl3F PENSION FUND. FUR SERVICE EMPLOYEES PENSION FUND ·
·UNITED MECHANICS 150 PENSION FUND.

**UFCW 174 Pension Fund**
**Accrued Interest Calculation for**
**Mott Haven Packing Co.**

| | | |
|---|---|---|
| Date of demand letter | | 10/27/2006 |
| Annual interest rate | | 7.50% |
| First payment due date (60 days from demand date) | | 12/26/2006 |
| Withdrawal liability amount | | $522,734.00 |
| Accrued interest to: | 08/08/2007 | $23,831.39 |
| Total payment due | | $546,565.39 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**
X _____  ☐ Agent  ☐ Addressee

**B. Received by ( Printed Name)**   **C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

MR. RICHARD MATZelle, Pres
Mott Haven PACK Co.
78-34 79th Place
Glendale N.Y. 11385

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7007 0220 0001 3358 1951

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 8|8|07 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
MR. RICHARD MATzelle Pres
Street, Apt. No.; Mott Haven PACK Co
or PO Box No. 78-34 79th Place
City, State, ZIP+4 Glendale NY 11385

7007 0220 0001 3358 1951

PS Form 3800, August 2006    See Reverse for Instructions

USPS - Track & Confirm                                                                 Page 1 of 1



Home  |  Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0001 3358 1951**
Status: **Delivered**

Your item was delivered at 12:44 pm on August 09, 2007 in
RIDGEWOOD, NY 11385. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

(

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA