PROSKAUER ROSE LLP
Russell L. Hirschhorn
Kevin J. Pflug
1585 Broadway
New York, New York 10036-8299
P: 212.969.3286
F: 212.969.2900

*Attorneys for Plaintiff*
*Board of Trustees of the UFCW Local 174 Pension Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BOARD OF TRUSTEES OF THE UFCW LOCAL 174 PENSION FUND, | 08 Civ. 03505 (GEL) (KNF) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF RUSSELL I. HIRSCHHORN, ESQ. IN SUPPORT OF NOTICE OF CAUSE FOR JUDGMENT BY DEFAULT** |
| MOTT HAVEN PACKING, CO., INC., | |
| Defendant. | ECF CASE |

STATE OF NEW YORK      )
                                              )
COUNTY OF NEW YORK )

RUSSELL L. HIRSCHHORN, being duly sworn, deposes and says:

1.   I am an attorney at law admitted to practice before this court.

2.   I am associated with the law firm of Proskauer Rose LLP, attorneys for Plaintiff Board of Trustees of the UFCW Local 174 Pension Fund ("Plaintiff") and I am fully familiar with the facts of this case.

3. This affidavit is made in support of Plaintiff's Order to Show Cause for Default Judgment against Mott Haven Packing, Co., Inc. ("Mott Haven" or "Defendant").

4. Mott Haven was served by Jessica Miller with true copies of the summons and complaint in this action on April 18, 2008, by service on Carol Vogt, an authorized agent in the Office of the Secretary of the State of New York and that proof of service were filed with this court on April 30, 2008. (*See* Docket No. 2.)

5. A default judgment is appropriate because Defendant has failed to answer, appear or otherwise defend in this action within the time period permitted by law.

6. In a case involving a retirement fund seeking a default judgment against an employer that owed the fund withdrawal liability, this Court has held that "[t]he Second Circuit has approved the holding of an inquest by affidavit, without an in-person court hearing, 'as long as [the Court has] ensured that there was a basis for the damages specified in the default judgment.'" *Tr. of the Ret. Fund of the Amalgamated Ins. Fund v. Lopal Sec., Inc.*, 2007 U.S. Dist. LEXIS 39604, *3 (S.D.N.Y. June 1, 2007) (quoting *Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp.*, 109 F.3d 105, 111 (2d Cir. 1997).

7. The amounts set forth in the Statement of Damages attached hereto as Exhibit A remain justly due and owing and no part thereof has been paid to Plaintiff.

8. Each billing entry on the attached time records was reviewed on a monthly basis before being submitted to Plaintiff to determine that the time charges were accurate, reasonable, and necessarily incurred in the action against Mott Haven. A true and correct copy of the time records for this matter are attached hereto as Exhibit B.

9.  As set forth in the proposed Judgment by Default, Plaintiff seeks a $544,076.35 judgment against Mott Haven computed as follows: (a) 522,734.00 for withdrawal liability, (b) $17,800.35 for accrued interest, (c) $350.00 for costs, and (d) $3,192.00 for attorney's fees.

_____
RUSSELL L. HIRSCHHORN

Sworn and subscribed to before me
this 16 day of June 2008

_____
NOTARY PUBLIC

WAYNE L. HENDERSON
Notary Public, State of New York
No. 01HE5083993
Qualified in Bronx County
Commission Expires August 25, 2009

# EXHIBIT A

PROSKAUER ROSE LLP
Russell L. Hirschhorn
Kevin J. Pflug
1585 Broadway
New York, New York 10036-8299
P: 212.969.3286
F: 212.969.2900
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

BOARD OF TRUSTEES OF THE UFCW
LOCAL 174 PENSION FUND,          :  08 Civ. 03505 (GEL) (KNF)
                                 :
       Plaintiff,                :
                                 :  **STATEMENT OF DAMAGES**
       v.                        :
                                 :  ECF CASE
MOTT HAVEN PACKING, CO., INC.,   :
                                 :
       Defendant.                :
------------------------------------------------------

| | | |
|---|---|---|
| Withdrawal liability | $ | 522,734.00 |
| Interest accrued on withdrawal liability through 6/13/2007 | $ | 17,800.35 |
| Cost of Filing Complaint | $ | 350.00 |
| Attorneys' fees | $ | 3,192.00 |
| TOTAL AMOUNT SOUGHT ON DEFAULT: | $ | 544,076.35 |

Dated: June 16, 2008

Respectfully submitted,

PROSKAUER ROSE LLP

By: _____
    Russell L. Hirschhorn
    Kevin J. Pflug
1585 Broadway
New York, New York 10036-8299
P: 212.969.3286
F: 212.969.2900
*Attorneys for Plaintiff*

# EXHIBIT

# B

UFCW LOCAL 174 PENSION FUND  
900 SOUTH AVENUE, 2ND FLOOR, SUITE 64  
STATEN ISLAND, NY  10314

\*\*\*\*\*\*  
June 13, 2008

ATTENTION:  MS. BRANDI LAULETTI, FUND ADMINISTRATOR

## PROSKAUER ROSE LLP

1585 Broadway  
New York, NY  10036-8299

Employer Identification No. 13-1840454

---

CLIENT NAME: UFCW LOCAL 174 PENSION FUND  
MATTER NAME: ADV. MOTT HAVEN  
FILE #:      74616.0011

FOR LEGAL SERVICES RENDERED INCLUDING DISBURSEMENTS AND  
CHARGES INCURRED FOR THE MONTH ENDED JUNE 13, 2008  
AS SET FORTH IN THE ATTACHED PRINTOUT

TOTAL FEES:            $3,192.00

TOTAL DUE:             $3,192.00

```
CLIENT:  UFCW LOCAL 174 PENSION FUND                    June 13, 2008
MATTER:  ADV. MOTT HAVEN
PAGE:       2


DETAIL DESCRIPTION OF SERVICES RENDERED:


DATE       DESCRIPTION                                          AMOUNT
_____     _____                                          _____


04/03/08   Revised withdrawal liability complaint against    5.50  1622.50
           Mott Haven; prepared exhibits to same; drafted
           summons and civil cover sheet
           ASSOCIATE:   KEVIN J. PFLUG

04/04/08   Conv w/MCooper re:  Obtained copy of judgment     .50    80.00
           at Court, scanned/emailed the information to
           the attorneys, and entered the information onto
           the docket.
           LIT. SUPPORT:  ALLEN F. HEALY

04/10/08   Reviewing email from Pflug re: Mott Haven         .10    36.00
           collection suit; reviewing files re: same;
           emailing Pflug re: same
           ASSOCIATE:   LEAH E. LABEN

04/10/08   Proofread and finalized Mott Haven complaint,     .70   206.50
           summons, and civil cover sheet
           ASSOCIATE:   KEVIN J. PFLUG

05/05/08   Review correspondence and pleadings re Mott       .30   183.00
           Haven complaint.
           ASSOCIATE:   RUSSELL L. HIRSCHHORN

05/06/08   T/.c to counsel for Mott Haven in response to     .10    61.00
           letter asking for extension to respond to
           complaint.
           ASSOCIATE:   RUSSELL L. HIRSCHHORN

05/09/08   Reviewing email from Fund Office re: Mott Haven   .10    42.50
           acceleration letter
           ASSOCIATE:   LEAH E. LABEN

05/12/08   Reviewing email from Hirschhorn re: Mott Haven    .10    42.50
           suit; reviewing files re: same
           ASSOCIATE:   LEAH E. LABEN
```

```
CLIENT:  UFCW LOCAL 174 PENSION FUND                          June 13, 2008
MATTER:  ADV. MOTT HAVEN
PAGE:       3
```

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/21/08 | T/c with opposing counsel re litigation and status of Mott Haven<br>ASSOCIATE: RUSSELL L. HIRSCHHORN | .50 | 305.00 |
| 05/21/08 | Email to B Lauletti re status of Mott Haven litigation.<br>ASSOCIATE: RUSSELL L. HIRSCHHORN | .20 | 122.00 |
| 05/21/08 | Phone call with Hirschhorn re: Fund auditor for purposes of valuing Mott Haven; emailing Hirschhorn re: same<br>ASSOCIATE: LEAH E. LABEN | .10 | 42.50 |
| 05/21/08 | Reviewed judge's rule regarding filing a motion for a default judgment; e-mail exchange with Mr. Hirschhorn regarding drafting a motion for a default judgment<br>ASSOCIATE: KEVIN J. PFLUG | .40 | 118.00 |
| 05/22/08 | Drafted Clerk's Certificate of Default<br>ASSOCIATE: KEVIN J. PFLUG | .50 | 147.50 |
| 05/27/08 | Determine next steps to satisfy judgment<br>ASSOCIATE: RUSSELL L. HIRSCHHORN | .30 | 183.00 |

```
CLIENT:  UFCW LOCAL 174 PENSION FUND                    June 13, 2008
MATTER:  ADV. MOTT HAVEN
PAGE:       4


TIME AND FEE SUMMARY

   Attorney                          Hours        Rate          Total

   RUSSELL L. HIRSCHHORN              1.40      610.00         854.00
   LEAH E. LABEN                       .40      408.75         163.50
   KEVIN J. PFLUG                     7.10      295.00       2,094.50

      TOTAL FOR ASSOCIATE             8.90                   3,112.00

   ALLEN F. HEALY                      .50      160.00          80.00

      TOTAL FOR LIT. SUPPORT           .50                       80.00

      MATTER TOTAL:                   9.40                  $3,192.00
```