# AFFIDAVIT OF SERVICE

R.D. WELLS SERVICES

Index # *08 Civ 03505 (GEL)(KNF)*

STATE OF NEW YORK    UNITED STATES DISTRICT Court,    SOUTHERN DISTRICT OF NEW YORK

| BOARD OF TRUSTEES OF THE UFCW LOCAL 174 PENSION FUND, | |
|---|---|
| | **Plantiff** |
| against | |
| | **Defendant** |
| MOTT HAVEN PACKING CO., INC. | |

STATE OF NEW YORK
County of: **ALBANY**

<u>Robert Wells</u>, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: **7/8/2008** at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed *Order to Show Cause, Hirschhorn Affidavit, Exhibits, Clerks Certification, Complaint and Affidavit of Service* on **MOTT HAVEN PACKING CO., INC**

Defendant in this action, by delivering to and leaving with **Donna Christi** an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40.00** Dollars. That said service was made pursuant to Section **306**, Business Corporation Law.

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:   Skin Color:  Hair Color: Age (Approx.)  Height (Approx.) Weight (Approx.)

*Female   White    Blond    32    5'2    145*

Other Identifying Features:

Robert Wells

Sworn to before me, this

8th day of July, 2008

Notary Public-Commissioner of Deeds

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 2009

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203