ORIGINAL

PROSKAUER ROSE LLP
Russell L. Hirschhorn
Kevin J. Pflug
1585 Broadway
New York, New York 10036-8299
P: 212.969.3286
F: 212.969.2900

*Attorneys for Plaintiff*
*Board of Trustees of the UFCW Local 174 Pension Fund*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

BOARD OF TRUSTEES OF THE UFCW
LOCAL 174 PENSION FUND,      : 08 Civ. 03505 (GEL) (KNF)

　　　　　Plaintiff,

　　v.                       : **JUDGMENT BY DEFAULT AGAINST**
                             : **DEFENDANT MOTT HAVEN**
                             : **PACKING, CO., INC.**

MOTT HAVEN PACKING, CO., INC.,

                             :     ECF CASE
　　　　　Defendant.

------------------------------------------------

　　　This action having been commenced by the filing of a summons and complaint on April 10, 2008, and true copies of the summons and complaint having been served upon Defendant Mott Haven Packing, Co., Inc. on April 18, 2008 by Jessica Miller upon Carol Vogt, an agent of the Secretary of State of the State of New York, pursuant to Section 306 of the Business Corporation Law of the State of New York, and proof of service having been filed with the Court on April 30, 2008, and said Defendant having failed to answer, appear or otherwise defend in this action within the time permitted by law, there is no just reason to delay the entry of a judgment by default against Defendant Mott Haven Packing, Co., Inc.;

NOW, on Order to Show Cause filed by Proskauer Rose LLP, attorneys for Plaintiff, by Russell L. Hirschhorn, Esq., it is hereby,

ORDERED AND ADJUDGED that Plaintiff Board of Trustees of the UFCW Local 174 Pension Fund, have judgment against Mott Haven Co., Inc. in the amount of $544,076.35 for withdrawal liability, accumulated interest, attorneys' fees and costs.

Dated: New York, New York
June 21, 2008
July

_____
Hon. Gerard E. Lynch
United States District Judge

THIS **DOCUMENT** WAS ENTERED
ON THE **DOCKET** ON _____

2